**98–2704.  State ex rel. Suburban Constr. Co. v. Skok.**
Lake App. No. 98–L–116.  On request for oral argument.  Request denied.

**99–8.  State v. Willis.**
Mahoning App. No. 95CA237.  On motion to withdraw as counsel.  Motion granted.
  Cook, J., would also remand for appointment of counsel.

**99–279.  State v. Stanley.**
Allen App. No. 1–96–11.  On motion for leave to file delayed appeal.  Motion denied.
  Lundberg Stratton, J., dissents.

**99–298.  State v. Blue.**
Lucas App. No. L–98–1362.  On motion for leave to file delayed appeal.  Motion denied.
  Pfeifer, J., dissents.
  Resnick, J., not participating.

**99–304.  State v. Simms.**
Summit App. No. 17629.  On motion for leave to file delayed appeal.  Motion denied.

**99–318.  State v. Burgess.**
Stark App. No. 1998CA00053.  On motion for leave to file delayed appeal.  Motion denied.
  Moyer, C.J., Pfeifer and Lundberg Stratton, JJ., dissent.

**99–351.  Glendale Fed. Bank v. Brown.**
Montgomery App. No. 17068.  On motion to continue stay.  Motion denied.
  F.E. Sweeney, J., dissents.

**99–359.  Berthelot v. Dezso.**
Summit App. No. 19349.  On motion to consolidate with 99–71, *supra.*  Motion denied.
  Moyer, C.J., and Douglas, J., dissent.

## DISCRETIONARY APPEALS ALLOWED

**98–2495.  Moore v. State Auto. Mut. Ins. Co.**
Huron App. No. H–98–012.
  Moyer, C.J., dissents.
  Cook and Lundberg Stratton, JJ., would hold this cause for the decision in 98–2452, *Clark v. Forney,* Sandusky App. No. S–97–053, and 98–2110, *Leisure v. State Farm Auto. Ins. Co.,* Stark App. Nos. 1997CA00417 and 1998CA00001.
  Peggy Bryant, J., of the Tenth Appellate District, sitting for Resnick, J.

**98–2507.  Crowe v. Owens Corning Fiberglas.**
Cuyahoga App. No. 73206.  Discretionary appeal allowed; *sua sponte,* cause held for the decision in 97–2419, *State ex rel. Ohio Academy of Trial Lawyers v. Sheward;* briefing schedule stayed.

**98–2521.  C.I.V.I.C. Group v. Warren.**
Trumbull App. No. 98–T–0001.  Discretionary appeal allowed; *sua sponte,* oral argument to be scheduled for the same date as that in 98–2572, *Home Bldrs. Assn. of Dayton & the Miami Valley v. Beavercreek,* Greene App. Nos. 97CA113 and 97CA115.
  Resnick, F.E. Sweeney and Cook, JJ., dissent.

**98–2598.  State v. Swartz.**
Butler App. No. CA98–06–120.
  F.E. Sweeney and Pfeifer, JJ., dissent.

**98–2688.  State v. Chintalapalli.**
Erie App. No. E–97–148.
  Cook, J., dissents.
  Resnick, J., not participating.